1983 Form

**FILED**  In the United States District Court
06 JUN 29 PM 12:46  For the Northern District of Alabama
U.S. DISTRICT COURT
N.D. OF ALABAMA

Carey Edward Winfield
_____
_____
_____

CV-06-AR-1270-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Capt. Silmon Nettles
Sergt Peakvy
Segt Ruthfey
Sengt Smith

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No ( )

  B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit
      Plaintiff(s): Carey Edward Winfield
      Defendant(s): Alabama Department of Corrections
  2.  Court (if Federal Court, name the district; if State Court, name the county)
      Middle District + Northern District
  3.  Docket Number 2:06-CV-0638-KUB ✓ EO
  4.  Name of judge to whom case was assigned  Sunsun Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *No*

6. Approximate date of filing lawsuit *2002 year*

7. Approximate date of disposition *2003 year*

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? *N/A*

      2. What was the result? *N/A*

   D. If your answer is NO, explain why not? *There was no prison grievance Procedure that why I said no*

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) *Corey Edward Winfield 180239 AIS* *W Donaldson Corr. Facility 100 warrior Lone Road 35023-7299 Segt Smith Sengt Ruffhtey Sengt Legozane*
      Address *Bullock County Corr Fa Box 5107 Union Spring AL 36089*

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Capt Nettles_
   is employed as _Bullock County Correctional Facility_
   at _P.O. Box 5107 Union Spring Alabama 36089-7899_

C. Additional Defendants _Sgt Legozonca Sgt Reckey Sgt Jackson Sgt Rewthren Sgt Smith COI Hurber COI Ferrostar COI Copley COI James COI Miles COI Tokey COI Smith_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

I am want the court to grant me Seven hundred and Fifth Million Dollar as that I can build a children hostpital in Montgomery Alabama It is Bady need for the children they don't had a hostpital that Be flying to Sham for tretment and some one Situswoy And In the officer to be sent to peson with a mix emental sentent Thank you verry peoble of the Court

1983 Form

FILED
06 JUN 29 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

Carey Edward Winfield
_____

CV-06-AR-1270-S

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Capt. Silverio Nesttles
Office Hurber CPL.
Segn. Peetey
Office Forrester
_____

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

　A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (✓)    No ( )

　B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

　　1. Parties to this previous lawsuit
　　　Plaintiff(s): Carey E. Winfield
　　　Defendant(s) A.D.O.C. Alabama Department Corr.

　　2. Court (if Federal Court, name the district; if State Court, name the county)
　　　Northern District M Middler District of Ala.

　　3. Docket Number 2:06-CV-0638-KUB LEO

　　4. Name of judge to whom case was assigned Sueson Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   no

6. Approximate date of filing lawsuit 2003 (year)
7. Approximate date of disposition 2000 (year)

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:
      1. What steps did you take? N/A
      2. What was the result? N/A

   D. If your answer is NO, explain why not? There was no prison grievance procedure that why I said no.

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.
   A. Name of plaintiff(s) Carey Edward Winfield 180239 HIS# no
      Donaldson Corr. Facility 100 Warrior Lane Bessemer Al. 35023-7299
      C/O Beliver Nesttles Officer Hurber Sagt Peeky Lt. Forester
      Address Bullock Co. Corr. Facility PA001 5107 Union Spring Alabama 36089

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Captain Silverr Nettles**

is employed as **Bullock County Correctional Facility**

at **P.O. Box 5107 Union Spring Alabama 36089**

C. Additional Defendants **Segnt Pelkey C.O.II
Bullock County Correctional Facility
P.O. Box 5107 Union Spring Alabama 36089
C.O.I. Hurber and C.O.I. Forrester**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

They Tryed to Kill me By beating me to Deaf I am suing for Attemthy Murder. They fix me up real Bad they putt my Left eye out. I said Father Forgive them they no not what they do, that was Jus said when he was beaten by the Roman Soldier before was corizefile They hear me say that then they Started Lougfing at they beat me and put ??? to my body and spay mythed In my eyes putting out my Left ??? or vistion any more Office Hurber and Forrester Kid me in my Eyes Segnent Rusf Nen Putt Ey Litrot Shild on my Body and held It there for a Louder time I throught I was gonedmy to Die At That for ticker time When It happen more then onece Ruby Did that or me he a Bad Office he need to Lock up and prison Criminal Behow what they did to me Loptoi Silverup nettles Mythe In my eyes Office no no more vision

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont them arrested and sent to prison with the maxissermet.d sentim. and Seven hunredtem nillion Dollars Judgmmtin Damages to Build a Children Hostipolee In Montogmery. Thak you verry much peple of the court. Repectuly your Mr. Carey Edward Winfield The first.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/4/2006__
              (date)

_Carey F. Winfield_
     Signature(s)

-4-

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
06 JUN 29 PM 3:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

Carey Edward Winfield
_____

CV-06-AR-1270-S

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Copt Silerno Nos mos
Sonjen Peakoy
C.O.I. Hurber
C.O.I. Forrest

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): Carey Edward Winfield
         Defendant(s): Alabama Department of Correction etc,

      2. Court (if Federal Court, name the district; if State Court, name the county)
         Middler District and Northern District of AL

      3. Docket Number 2:06-CV-0638-KOB TED

      4. Name of judge to whom case was assigned   Sueson Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **No**

6. Approximate date of filing lawsuit **2002**

7. Approximate date of disposition **2000**

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

   C. If your answer is YES:

     1. What steps did you take? **N/A**

     2. What was the result? **N/A**

   D. If your answer is NO, explain why not? **There was no prison grievance procedure that I said no.**

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Carey Edward Whitfield #10289 AIS of Donaldson Corr. Facility 100 Warrior Lane Bessemer Al 35023-729 Capt Silvertore Nesttles C.O.I Harbo Segn. Pactroy Officer**

Address **Bullock Co, Corr Facility. P.O. Box 5107 Union Spring Ala 36089**

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Capt Silverer Nesttles**

  is employed as **Bullock Coi Coi facility PO BOX 5107 union Spring Ala 36089**

  at _____

C. Additional Defendants **COI Hurber COI Forrest COI Smith Lat Carey Sgt Ruthton Segnt Smith COI Sammy miller COI Takeiy Sagn Peckey COI mayson Lt Sevenson Segent Leglantenis**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

They Tryed to Kill me By Beating me to Death I'm Suiting For Attemthy Murder they beat me up real Bad they put my Left eye out. I sold Father Forgivthem they no not what they do. that what Jesus Said when he was beaten by the Romen Soldier before he was croiefied. they hear me say that then they Stonted Longething at me they beat me and put ex ikitrictoo shild to my Baby and they spay mythe In my eyes putting out my Left eye compettly on vistion any more Office Hurbu and COI Forret kid nt In my eyes Segent Ruthton Pape litr ot snw on my Baby and hld it there for a long time. I thought I was gon die. At that Partinor time when the more then one of he did It Copt Silverer Nesttles spray mythe and eye after he Nodded my eyeblass of my Fale,

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wort the State of Alabema DQ.C, to pay me Seven hunred and fifth million Impertnt Dollar and send them all to prison Demage for a Louge time. Thank you very much Respectfly Sernity Mr Carey Edward Winfield (no Fist). AIS# 180239

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/14/2006__
                (date)

_____
Carey E. Winfield
Signature(s)

- 4 -