FILED
2006 Jul-13 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COREY EDWARD WINFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 2:06-cv-01270-WMA-JEO ) |
| CAPTAIN SILVIERRE NESTTLES, et al., | ) ) |
| Defendants. | ) |

## ORDER

Corey Edward Winfield, plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. The plaintiff is a prisoner incarcerated in the Bullock County Correctional Facility, which is located in the Middle District of Alabama. The plaintiff complains that he was subjected to cruel and unusual punishment and names as defendants officers at the Bullock County Correctional Facility.

It appears from the complaint filed by the plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In addition, the incident about which the plaintiff complains did not occur in the Northern District of Alabama, and appears to have occurred in the Middle District of Alabama. Accordingly, in the interest of justice, this action is

due to be transferred to the United States District Court for Middle District of Alabama. 28 U.S.C. § 1404(a).

**DONE** this the 13th day of July, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: Kathy Englebert
DEPUTY CLERK