**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sgt. Smith
    P.O. Box 5107
    Union Spring, AL  36089

    2:06cv662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ruthie S. Pen*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
*Ruthie S. Pen*   8/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cmp:Op 8-1-06

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5930

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CO I Miles
    P.O. Box 5107
    Union Spring, AL  36089

    2:06cv662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ruthie S. Pen*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
*Ruthie S. Pen*   8/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cmp:Op 8-1-06

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5992

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Correctional Officer Hubert
    P.O. Box 5107
    Union Spring, AL  36089

    2:06cv662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ruthie S. Pen*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
*Ruthie S. Pen*   8/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cmp:Op 8-1-06

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5954

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I James
   P.O. Box 5107
   Union Spring, AL  36089

   2:06CV662-MCF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Ruthie S. Per___    8/3/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cnp's Op 8-1-06

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5985

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sylvester Nettles
   P.O. Box 5107
   Union Spring, AL  36089

   2:06CV662-MCF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Ruthie S. Per___    8/3/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cnp's Op 8-1-06

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5909

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I Coley
   P.O. Box 5107
   Union Spring, AL  36089

   2:06CV662-MCF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Ruthie S. Per___    8/3/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cnp's Op 8/1/06

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5978

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540