**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I Smith
   P.O. Box 5107
   Union Spring, AL 36089

   2:06CV662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___    ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Ruthie S. Per___   C. Date of Delivery: 8/3/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & OP 8/1/06

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6012

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Ruthfey
   P.O. Box 5107
   Union Spring, AL 36089

   2:06CV662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___   ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Ruthie S. Per___   C. Date of Delivery: 8/3/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & OP 8/1/06

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 5923

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I Toley
   P.O. Box 5107
   Union Spring, AL 36089

   2:06CV662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___   ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Ruthie S. Per___   C. Date of Delivery: 8/3/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & OP -8-1-06

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6005

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Legazonce
   P.O. Box 5107
   Union Spring, AL 36089

   2:06cv662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
   Ruthie S. Perry   8/2/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cmp't. Op 8-1-06

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5947

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Peckey
   P.O. Box 5107
   Union Spring, AL 36089

   2:06cv662-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ruthie S. Per___  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
   Ruthie S. Perry   8/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Cmp't. Op 8-1-06

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 5916

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ruthie S. Perry* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Ruthie S. Perry   8/3/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>CO I Forrester<br>P.O. Box 5107<br>Union Spring, AL  36089<br><br>2:06cv662-MEF | Cnp & Op 8-1-06<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 5961 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ruthie S. Perry* ☐ Agent ☒ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Ruthie S. Perry   8/3/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Sgt. Jackson<br>P.O. Box 5107<br>Union Spring, AL  36089<br><br>2:06cv662-MEF | Cnp & OP 8/1/06<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 6029 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |