IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY EDWARD WINFIELD, #180 239  )
　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　　)　CIVIL ACTION NO. 2:06cv662-MEF
　　　　　　　　　　　　　　　　　　　　　)
SYLVESTER NETTLES, *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　)

**ORDER**

It appears that service has not been perfected on Defendants COI Toley, COI James, SGt. Jackson, Sgt. Smith, Sgt. Ruthfey, Sgt. Peckey, COI Coley,  COI Smith, and Sgt. Legazonce. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances.  Consequently, in order to maintain litigation against the above-named defendants, Plaintiff must furnish the clerk's office with  the correct addresses for these individuals.  Accordingly, it is

ORDERED that:

1.  On or before August 29, 2006 Plaintiff shall furnish the clerk's office with the correct addresses for the defendants named above. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue has been served. This is Plaintiff's responsibility;

2.   Plaintiff is cautioned that if he fails to comply with this order, the defendants named above will not be served, they  will not be  parties to this cause of action, and this case

will proceed only against those defendants on whom service is perfected.  *See* Rule 4(m),

*Federal Rules of Civil Procedure*.

     Done this 17th day of August, 2006.


                  /s/Charles S. Coody
               CHARLES S. COODY
               CHIEF UNITED STATES MAGISTRATE JUDGE