IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY EDWARD WINFIELD, 180239 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:06-CV-662 |
| V. | ) | |
| | ) | |
| SYVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR A MORE DEFINITE STATEMENT and

## MOTION FOR AN ENLARGEMENT OF TIME

Come now the Defendants, by and through the undersigned counsel, and move for a more definite statement and an enlargement of time to file their special report and as support states as follows:

1. This Honorable Court issued an Order requiring the Defendants to file a special report as a response to the Plaintiff's allegations.

2. The Plaintiff's complaint is very difficult to read and does not appear to specify a date of the alleged constitutional violation, nor is the complaint specific as to which Defendants allegedly did what. Based upon information and belief of the Defendants, this Plaintiff has a history of being combative with ADOC personnel.

3. That the Plaintiff has now been assigned to the Donaldson Correctional Facility, which means that his Institutional File is also at Donaldson and not readily available for review to the Defendants, who are substantially located at the Bullock Correctional Facility.

4. That it is virtually impossible for these Defendants to comply with this Court's Order to undertake a review of the subject matter of this complaint and file a written report without a specific date of the alleged incident. (See the affidavit of Arnold Holt attached).

Wherefore the premises considered, the Defendants pray this Honorable Court:

a.) To require the Plaintiff to give a specific date and more specific allegations as to which Defendants violated his constitutional rights;

b.) To allow the Defendants at least thirty (30) days after the submission of the Plaintiff's more definite statement to file their special report.

Respectfully submitted this 6th day of September.

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334)353-3885

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing documents upon:

Carey Edward Winfield, AIS #180239
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 6th day of September, 2006.

                                            /s/Albert S. Butler
                                            Albert S. Butler
                                            Assistant General Counsel
                                            Assistant Attorney General

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY EDWARD WINFIELD, #180239,    )
        Plaintiff,    )
        v.    )    CASE NO. 2:06-CV-662
SYLVESTER NETTLES, et al.,    )
        Defendants.    )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Arnold M. Holt, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Arnold M. Holt, and I am presently employed as a Correctional Warden III, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

This inmate is no longer at Bullock County Correctional Facility. He has been transferred to Donaldson Correctional Facility, along with his institutional file. Without being able to review his file, it is impossible to determine the date that he is saying the incident happened.

*/s/ Arnold M. Holt*
Arnold M. Holt

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___5th___ day of September 2006.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__

SEAL