IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CAREY EDWARD WINFIELD, #180 239 | * |
| Plaintiffs, | * |
| v. | *    2:06-CV-662-MEF |
| CAPT. SYLVESTER NETTLES, *et al*., | * |
| Defendants. | * |

_____

**ORDER**

Before the court is Defendants' Motion for a More Definite Statement and Motion for Enlargement of Time. Defendants' motions have been read, considered, and shall be granted.

Accordingly, it is ORDERED that Defendants' Motion for a More Definite Statement (Doc. No. 9) be and is hereby GRANTED. Accordingly, it is further

ORDERED that on or before September 21, 2006 Plaintiff shall file an amendment to his complaint which shall:

    1. State the date(s) when the alleged violation of his constitutional rights occurred:

    2. Describe with clarity those factual allegations that are material to each specific count against the named defendants; and

    3. Describe how *each* named defendant violated Plaintiff's constitutional rights.

Plaintiff is hereby advised that the amendment to his complaint must set forth short and plain statements showing why he is entitled to relief and be specific enough to put each defendant on notice of how their conduct allegedly violated Plaintiffs' constitutional rights and should contain only claims relative to actions taken against him by the named defendants. Each allegation in the pleading should be simple, concise and direct.  *See* Rule 8, *Federal Rules of Civil Procedure*.  Plaintiff is further advised that his failure to timely and properly comply with the directives contained in this order will result in a Recommendation that this action be dismissed and/or that the defendants against whom Plaintiff fails to state a specific cause of action be dismissed as parties to this complaint.

It is further ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED; and

2. Defendants are GRANTED an extension from September 11, 2006 to October 23, 2006 to file their answer and written report.

The Clerk is DIRECTED to take all necessary steps to amend the court docket to reflect that COI Covey, COI Carey, COI Mayson, COI Hurber, and Lieutenant Sevenson are named defendants.

Done this 7th day of September, 2006.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE